UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joan Kinney,<br><br>                      Plaintiff,<br>v.<br><br>GC Services, L.P.; and DOES 1-10, inclusive,<br><br>                      Defendant. | Civil Action No.: CV10-5271 |

**NOTICE OF SETTLEMENT**

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 26, 2011

                                                                             Respectfully submitted,

                                                                             PLAINTIFF, Joan Kinney

                                                                             /s/ Sergei Lemberg

                                                                             Sergei Lemberg, Esq. (SL 6331)
                                                                             **LEMBERG & ASSOCIATES L.L.C.**
                                                                             1100 Summer Street, 3rd Floor
                                                                             Stamford, CT 06905
                                                                             Telephone: (203) 653-2250
                                                                             Facsimile: (877) 795-3666
                                                                             slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By /s/ Sergei Lemberg

                                              Sergei Lemberg