UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN KINNEY,<br><br>                            Plaintiffs,<br><br>      - against -<br><br>G.C. SERVICES LIMITED PARTNERSHIP; and Does 1-10, inclusive,<br><br>                            Defendants. | 10-CV-5271 (JFB)(WDW)<br><br>**STIPULATION OF DISMISSAL** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, JOAN KINNEY, and the Defendant, G.C. SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         May 26, 2011

| | |
|---|---|
| LEMBERG & ASSOCIATES, LLC<br>*Attorney for Plaintiff* | HINSHAW & CULBERTSON LLP<br>*Attorneys for Defendant* |
| By: *s/Sergei Lemberg*<br>   Sergei Lemberg | By: *s/Concepcion A. Montoya*<br>   Concepcion A. Montoya (CM-7147) |
| 1100 Summer Street, 3rd Floor<br>Stamford, Connecticut 06905<br>Tel: (203) 653-2250 | 780 Third Avenue, 4th Floor<br>New York, NY 10017-2024<br>Telephone: 212-471-6200<br>Fax: 212-935-1166 |