UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOAN KINNEY,

                              Plaintiffs,

- against -

G.C. SERVICES LIMITED PARTNERSHIP; and
Does 1-10, inclusive,

                              Defendants.

10-CV-5271 (JFB)(WDW)

**STIPULATION OF DISMISSAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 27 2011 ★
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, JOAN KINNEY, and the Defendant, G.C. SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        May 26, 2011

LEMBERG & ASSOCIATES, LLC
*Attorney for Plaintiff*

By: *s/Sergei Lemberg*
    Sergei Lemberg

1100 Summer Street, 3rd Floor
Stamford, Connecticut 06905
Tel: (203) 653-2250

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*

By: *s/Concepcion A. Montoya*
    Concepcion A. Montoya (CM-7147)

780 Third Avenue, 4th Floor
New York, NY 10017-2024
Telephone: 212-471-6200
Fax: 212-935-1166

*The Clerk of the Court shall close the case.*

SO ORDERED

Joseph F. _____
USDJ
Date: May 27, 2011
Central Islip, N.Y

130104699v1 0918628 46121